1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY PASSER,

11          Plaintiff,                         No. CIV S-08-2792 DAD P

12      vs.

13   DR. STEEVERS, et al.,

14          Defendants.                        ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has requested that defendant Steevers

17   be dismissed from this action.  Good cause appearing, plaintiff's request will be honored.

18          Accordingly, IT IS HEREBY ORDERED that:

19          1.  Plaintiff's December 4, 2009 motion to dismiss defendant Steevers (Doc. No.

20   24) is granted; and

21          2.  Defendant Steevers is dismissed from this action.

22   DATED: December 15, 2009.

23

24                                              _____

                                                DALE A. DROZD
25   DAD:9                                      UNITED STATES MAGISTRATE JUDGE
     pass2792.59
26