IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY PASSER,                                     No. 2:08-cv-02792-MCE-KJN P

    Plaintiff,

  vs.                                                                ORDER

DR. STEEVERS, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 10, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 10, 2010, are adopted in full;

2. Defendants' motion to dismiss (Dkt. No. 16) plaintiff's amended complaint is denied;

3. Plaintiff's motion to filed a Second Amended Complaint (Dkt. No. 22) is granted in part; however, his proposed amended complaint attached thereto is disregarded; and

4. Plaintiff may, within thirty days after service of this order, file a Second Amended Complaint that conforms to the standards set forth in the court's order filed December 11, 2008 (Dkt. No. 4); should plaintiff fail to timely file such Second Amended Complaint, the currently operative amended complaint (Dkt. No. 7) shall remain in effect.

Dated: September 13, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE