1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY PASSER,

11              Plaintiff,                    No. 2:08-cv-2792 MCE KJN P

12        vs.

13   DR. STEEVERS, et al.,

14              Defendants.            <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner who is proceeding without counsel or "pro se" and in

17   forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

18        On July 23, 2012, the court directed the United States Marshal to serve process on

19   defendants Alchek, Azevedo, Coleman, Mehta and Rosales,[1] pursuant to plaintiff's Second

20   Amended Complaint.  (Dkt. No. 58).  Defendants Mehta and Rosales have been served process

21   and appeared in this action.  (Dkt. Nos. 64.)  However, the United States Marshal was unable to

22   serve process on defendants Alchek, Azevedo and Coleman, due to inadequate service

23   information.

24   ////

25   _____

26        [1]  The Second Amended Complaint was previously served on defendants Burt, Gavia, Sabin and Steevers, each of whom have appeared in this action.

1          By order filed September 24, 2012, the court noted that process directed to

2   defendant Alchek was returned unserved because "defendant moved and left no address;" the

3   court directed plaintiff to provide additional service information.  (Dkt. Nos. 61, 62.)  The court

4   presently notes that the process directed to defendants Coleman and Azevedo were also returned

5   unserved because the correctional facility that plaintiff identified as their place of employment

6   was "unable to identify [either defendant] without [their] first name or initial."  (Dkt. Nos. 65,

7   66.)

8          Plaintiff must now provide additional information to serve defendants Alchek,

9   Coleman and Azevedo.[2]  Plaintiff shall promptly seek such information through discovery, the

10  California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or other means available to

11  plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may

12  seek judicial intervention.

13         Accordingly, IT IS HEREBY ORDERED that:

14         1.  The Clerk of the Court is directed to send plaintiff three USM-285 forms,

15  along with an instruction sheet and a copy of the Second Amended Complaint filed November

16  12, 2010 (Dkt. No. 41);

17         2.  Within sixty days from the filing date of this order, plaintiff shall complete and

18  submit the attached Notice of Submission of Documents to the court, with the following

19  documents:

20         a.  One completed USM-285 form for each defendant (Alchek, Coleman and

21  Azevedo);

22         b.  Four copies of the endorsed  Second Amended Complaint filed November 12,

23  2010 (Dkt. No. 41); and

24

25         [2]  The 60-day deadline for providing service information for defendant Alchek, pursuant
    to the court's order filed September 24, 2012 (Dkt. No. 62), is hereby extended to be the same as
26  the 60-day deadline for providing service information for defendants Coleman and Azevedo.

1          c.  One completed summons form (if not previously provided) or show good cause

2    why plaintiff cannot provide such information.

3          SO ORDERED.

4    DATED:  October 17, 2012

5

6                                        _____

7                                        KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE

8    pass2792.8e(2)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ANTHONY PASSER,

11              Plaintiff,                    No. 2:08-cv-2792 MCE KJN P

12         vs.

13    DR. STEEVERS, et al.,                   NOTICE OF SUBMISSION

14              Defendants.                   OF DOCUMENTS

15    _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17    order filed _____:

18              _____      completed summons form

19              _____      completed USM-285 forms

20              _____      copies of the November 12, 2010 Second Amended Complaint

21

22    _____      _____
      Date                                 Plaintiff
23

24

25

26