1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY PASSER,

11              Plaintiff,                    No. 2:08-cv-2792 MCE KJN P

12        vs.

13   DR. STEEVERS, et al.,                    ORDER

14              Defendants.

15   _____/

16        Recently appointed counsel for plaintiff requests the assistance of the court in

17   identifying the first names or initials of defendants Coleman and Azevedo.  For the reasons set

18   forth herein, the request is granted.

19        This action proceeds against defendants Mehta, Rosales, Alchek, Azevedo and

20   Coleman.  Defendants Mehta and Rosales have been served process and appeared in this action.

21   (Dkt. Nos. 64, 70.)  However, the United States Marshal has been unable to serve process on

22   defendants Alchek, Azevedo and Coleman, due to inadequate service information, particularly

23   the absence of a first name or initial.  By order filed October 18, 2012, this court directed

24   plaintiff, then proceeding without counsel, to provide, within 60 days, the information necessary

25   to serve process on defendants Alchek, Azevedo and Coleman.  (Dkt. No. 71.)  The court

26   directed plaintiff to promptly seek such information through discovery, the California Public

1  Records Act, California Government Code Sections 6250 et seq., or other available means.  (Id.

2  at 2.)  The court noted that, "[i]f access to the required information is denied or unreasonably

3  delayed, plaintiff may seek judicial intervention."  (Id.)

4  　　　　　A week later, attorney Beth Helen Hodess assumed representation of plaintiff.

5  (Dkt. No. 72.)

6  　　　　　Plaintiff's counsel states that she believes she has secured the information

7  necessary to serve process on defendant Altchek, a physician, through the California Medical

8  Licensing Board.  However, counsel states that, despite her best efforts, she has been unable to

9  obtain any information necessary to serve process on defendants Azevedo and Coleman,

10  including their first names or initials.  Counsel recounts that she has attempted to obtain this

11  information from the following sources:  the California Medical Facility Litigation Coordinator,

12  the California Correctional Peace Officers Association Legal Department, the California

13  Department of Corrections and Rehabilitation Personnel Office, the California Association of

14  Prison Legal Guards Legal Department, and Deputy Attorney General Mr. Scott Foley, counsel

15  for defendants Rosales and Metha.  Counsel opines that defendant Rosales likely possesses

16  identifying information for defendants Azevedo and Coleman, because they shared a working

17  relationship.

18  　　　　　Counsel requests that the court direct defendant Rosales to disclose to Mr. Foley

19  the first names or initials of these defendants, and to direct Mr. Foley in turn to disclose the

20  information to plaintiff's counsel.  Alternatively, plaintiff's counsel requests that the court

21  compel the California Medical Facility or California Department of Corrections and

22  Rehabilitation to produce the employment records or work history for the Housing Officers

23  working in CMF's Facility N-2, in 2006.  Counsel avers that defendants Coleman and Azevedo

24  are critical to plaintiff's action.

25  ////

26  ////

1    The court finds that plaintiff and his counsel have shown due diligence in seeking

2 to obtain the subject information in this four-year-old case.  Accordingly, for good cause shown,

3 IT IS HEREBY ORDERED that:

4    1.  Plaintiff's request for judicial intervention (Dkt. No. 73), is granted.

5    2.  Within thirty (30) days after the filing date of this order, Mr. Scott Foley,

6 Deputy Attorney General, is directed to obtain, through any reasonable means or sources,

7 including defendant Rosales and/or officials with the California Department of Corrections and

8 Rehabilitation (including but not limited to the California Medical Facility), the first names of

9 defendants Coleman and Azevedo, and shall then provide such information to plaintiff's counsel.

10 The first initials of defendants Coleman and Azevedo shall be provided only if their first names

11 cannot be determined with reasonable effort.  In addition, Mr. Folely shall, to the extent possible,

12 obtain and provide to plaintiff's counsel any current information about these defendants that may

13 be helpful to the United States Marshal in effecting service of process upon them.

14    3.  Also within thirty (30) days after the filing date of this order, Mr. Foley shall

15 file a statement with the court indicating whether the subject information was duly obtained, and

16 timely provided to plaintiff's counsel.

17    4.  Plaintiff need not submit the information for serving process on defendant

18 Alchek until such time that plaintiff can also submit the information necessary for serving

19 process on defendants Coleman and Azevedo, or until further order of this court.

20    SO ORDERED.

21 DATED:  December 17, 2012

22

23

24 KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

25 pass2792.srvc.info

26

3