IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY PASSER,

      Plaintiff,                           No. 2:08-cv-2792 TLN KJN P

      vs.

DR. STEEVERS, et al.,

      Defendants.                 <u>ORDER</u>

                                /

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On January 30, 2013, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Azevedo was returned unserved because "not deliverable as addressed–unable to forward." (Dkt. No. 82.) Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code §§ 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one USM-285 form, along with an instruction sheet and a copy of the second amended complaint filed November 12, 2010.

2. Within thirty days after service of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Azevedo;

    b. Two copies of the endorsed complaint filed November 12, 2010; and

    c. One completed summons form (if not previously provided).

3. Alternatively, within the same deadline, plaintiff shall show good cause why he cannot provide such information.

DATED: May 3, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pass2792.8e

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY PASSER, | | |
| | Plaintiff, | No. 2:08-cv-2792 TLN KJN P |
| vs. | | |
| DR. STEEVERS, et al., | | <u>NOTICE OF SUBMISSION</u> |
| | Defendants. | <u>OF DOCUMENTS</u> |
| _____/ | | |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____   completed summons form

    _____   completed USM-285 form(s)

    _____   copies of the endorsed complaint


_____
Date                                                                Plaintiff