1

2

3

4

5

6

7                                UNITED STATES DISTRICT COURT

8                         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   ANTHONY VINCENT PASSER,                     No.  2:08-cv-2792 MCE KJN P

11                  Plaintiff,

12          v.                                    ORDER AND REVISED SCHEDULING
                                                  ORDER
13   DR. STEEVERS, et al.,

14                  Defendants.

15

16          Plaintiff is a state prisoner proceeding through counsel.  On August 31, 2014, plaintiff

17   filed a motion to extend discovery and noticed the motion for hearing on October 2, 2014.  Local

18   Rule 230(c) requires that opposition, if any, to the granting of the motion shall be in writing and

19   filed and served not less than fourteen days preceding the hearing date.  That deadline has now

20   passed, and defendants have not opposed the motion or otherwise responded.  In any event, the

21   court has determined that the matter shall be submitted upon the record; therefore, the date for

22   hearing of this matter shall be vacated.  Local Rule 230(g).

23          "The district court is given broad discretion in supervising the pretrial phase of litigation."

24   Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992) (citation and internal

25   quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified only for good

26   cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  "The schedule may be modified 'if

27   it cannot reasonably be met despite the diligence of the party seeking the extension.'"  Zivkovic

28   v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson, 975

1

1    F.2d at 607).

2           Upon review of the motion, and good cause appearing therefor, IT IS HEREBY

3    ORDERED that:

4           1.  The October 2, 2014 hearing is vacated;

5           2.  Plaintiff's motion (ECF No. 108) is granted; and

6           3.  The scheduling deadlines are extended, nunc pro tunc where appropriate, as follows:

7                    a.  Defendant Discovery Cut-Off        September 16, 2014

8                    b.  Non-Expert Discovery Cut-Off      September 30, 2014

9                    c.  Expert Disclosure Date            August 31, 2014

10                   d.  Expert Depositions               September 30, 2014

11                   e.  Last Hearing Date for Motions:    October 10, 2014

12   Dated:  September 24, 2014

13                                                _____

14   /pass2792.41r                               KENDALL J. NEWMAN
                                                 UNITED STATES MAGISTRATE JUDGE

15          .

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2