# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VINCENT PASSER,<br><br>   Plaintiff,<br><br>   v.<br><br>DR. STEEVERS, et al.,<br><br>   Defendants.<br>_____/ | No. 2:08-cv-2792 TLN KJN P<br><br><br><br><br><br>**AMENDED**<br>**ORDER & WRIT OF HABEAS CORPUS**<br>**AD TESTIFICANDUM** |

Anthony Passer, CDCR # V-39442, a necessary and material witness in a settlement conference in this case on January 14, 2015, is confined in San Quentin State Prison, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman, to appear from San Quentin State Prison by video conference, in the U. S. District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Wednesday, January 14, 2015, at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. This Order & Writ shall amend the prior Order & Writ issued on November 24, 2014. (ECF No. 117.)

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference, by video conference, at the time and place above, until completion of the settlement conference or as ordered by the court.

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, San Quentin State Prison, San Quentin, California 94974:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above by video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: December 29, 2014

/pass2792.841(b)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE