Print Form

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Anthony V. Passer

        Plaintiff(s)

vs.

Steever et al

        Defendants.

No. 2:08-cv-02792 TLN KJN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Beth H. Hodess, Esq., attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on 3 October 2013, by the Honorable Kendall J. Newman, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Depositions
1. Depose defendants
2. Depose Sharon Werth, CDCR LCSW, witness to plaintiff's injuries and statements of defendant Gavia.

Attorney incurred $7,025.74 in deposition expenses. TRF approved $4,119.44 in deposition expenses. Outstanding unpaid costs total $2,906.30. Spreadsheet attached reflects breakdown of costs, TRF payment and outstanding balance.

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 2,906.30.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 2:08-cv-02265.10792 TLN KJN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  | Deposition defendant, Burt |  |
|  | Deposition defendant, Gavia |  |
|  | Deposition witness, Sharon Werth |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18 day of July, 20 15, at Oakland, California.

/s/ Beth H. Hodess

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: Sept. 1, 2015

United States District Judge/Magistrate Judge

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 3

Case Number: 2:08-cv-02265.10792 TLN KJN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  | Deposition of plaintiff Anthony Passer |  |
|  | Deposition defendant, Mark Altchek |  |
|  | Deposition defendant, Calvin Steever |  |
|  | Deposition defendant, Azevedo |  |
|  | Deposition defendant, Rosales |  |
|  | Deposition defendant, Sabin |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 18 day of July, 20 15, at Oakland, California.

/s/ Beth H. Hodess

Attorney for Plaintiff(s)

The above expenditure is __X__ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: Sept 1, 2015

United States District Judge/Magistrate Judge