UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VINCENT PASSER,<br><br>Plaintiff,<br><br>v.<br><br>DR. STEEVERS, et al.,<br><br>Defendants. | No. 2:08-cv-2792 MCE KJN P<br><br><br><br>ORDER |

The court HEREBY AUTHORIZES $260.28 in expenditures by plaintiff's counsel Beth H. Hodess for service of process and mileage reimbursement in connection with the deposition of Sharon Werth, LCSW. These expenses are in addition to those expenditures authorized by the court's prior order filed October 10, 2014. (ECF No. 114),

IT IS HEREBY ORDERED that:

1. Within thirty days of the filing of this order, Beth H. Hodess shall reimburse the Clerk of the Court $196.09 (i.e., that portion of the $771.37 previously issued that remains in her possession after accounting for all expenditures authorized to date by the undersigned).

////
////
////
////

1

2. Within thirty days of Beth H. Hodess' receipt of $2000.00 from defendants pursuant to the settlement agreement reached herein on April 9, 2015, Ms. Hodess shall deposit the sum of $2000.00 with the Clerk of the Court.

DATED: September 1, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pass2792.exps.addl